[No. 40990-9-II.   Division Two.   August 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM SANDEN TARAPE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00355-3, Christine A. Pomeroy, J., entered June 28, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41324-8-II.   Division Two.   August 3, 2011.]

*In the Matter of the Guardianship of* SEAN RAYMOND COBB.

CHRISTINE SCOTT ET AL., *Petitioners*, v. LORRAINE SCOTT, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-4-00044-9, David L. Edwards, J., entered September 20, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Johanson, JJ.

[No. 41790-1-II.   Division Two.   August 3, 2011.]

*In the Matter of the Marriage of* MELISSA DIANE BJARNSON, *Respondent*, and MICHAEL EMERY HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-3-00619-3, Chris Wickham, J., entered February 3, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 29185-5-III.   Division Three.   August 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD STEVEN LAW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00222-1, Craig J. Matheson, J., entered July 1, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.